UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:14-20997-CIV-O'SULLIVAN

[CONSENT]

DAVID RIVERA, on his own behalf and on
behalf of others similarly situated,

    Plaintiff,

vs.

CVI.CHE 105, INC., a Florida for-profit
corporation, JUAN CHIPOCO, an individual,
and LUIS HOYOS, an individual,

    Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FIING**

THIS CAUSE came before the Court on the Motion to Appear *Pro Hac Vice* for L. Dale Owen, Esq., Consent to Designation and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Second 2B of the CM/ECF Administrative Procedures. This Court having considered the Motion and all other relevant factors, it is hereby:

ORDERED AND ADJUDGED that:

The Motion is GRANTED. L. Dale Owens may appear and participate in this action on behalf of CVI CHE 105, INC., JUAN CHIPOCO and LUIS HOYOS. The Clerk shall provide

electronic notification of all electronic filings to L. Dale Owens at owensd@jacksonlewis.com .

DONE and ORDERED in Chambers at Miami-Dade County, Florida, this 10th day of February, 2015.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All Counsel of Record